IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN M. COOPER,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.

Civ. No. 10-820-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#20), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, I review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I find no error in the report. Magistrate Judge Clarke's Report and Recommendation (#20) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this _2_ day of November, 2011.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER